| CRIMINAL DOCKET | U.S. District Court | | | | | | | | Case Filed Mo Day Yr | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 0102 Assigned | 0209 Disp./Sentence | ☐ WRIT | VS. | • BATEMAN, Larry Lane | | | 8 | 5 | 92 | 92-00062-01 | |
| Misd. ☐ | | | ☐ JUVENILE | | | | | No. of Def's | ● U.S. MAG CASE NO ▶ | | M |
| Felony ☒ | District | Off | Judge/Magistr | ☐ ALIAS<br>OFFENSE ON INDEX CARD ▶ | | | | | | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| | **CONSOLIDATED AND AMENDED SUPERCEDING INDICTMENT** | | |
| 18:2252(a)(1) | Shipment of Child Pornography (cts 1,2) | 2 | |
| 18:2252(a)(4) | Possession of child pornography (ct 4) | 1 | |
| 18:2253(a) | Forfeiture (ct 3) | 1 | |

SUPERSEDING COUNTS — 4

### II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE<br>EARLIEST OF<br>☐ arrest<br>☐ sum'ns<br>☐ custody<br>☐ appears on complaint | KEY DATE 8/5/92 APPLICABLE<br>☒ Indictment filed/unsealed<br>☐ consent to Magr. trial on complaint<br>☐ Information<br>☐ Felony W/waiver | KEY DATE 8/5/92 a)☐ 1st appears on pending charge /R40<br>b)☐ Receive file R20/21<br>c)☐ Supsdg ☐ Indt ☐ Inf<br>d)☐ Order New trial<br>e)☐ Remand f)☐ G/P Withdrawn | KEY DATE 10/5/92 APPLICABLE<br>☐ Dismissal<br>Pled ☐ guilty ☐ After N.G.<br>☐ Nolo ☐ After nolo<br>☒ Trial (voir dire) began<br>☐ Jury ☐ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 10-9-92 | SENTENCE DATE 1/14/93 | ☐ PTD<br>☐ Nolle<br>☐ Pros. | FINAL CHARGES DISMISSED<br>☐ on S.T.<br>☐ grounds ☐ W.P. ☐ WOP | on def<br>☐ motion<br>☐ on gov't<br>☐ motion |

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶<br>Date Held ▶ | ☐ DISMISSED<br>☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT<br>☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued<br>COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED<br>☐ INTERVENING INDICTMENT | Tape Number | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 / 21 / 40 / In / Out

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

**BAIL ● RELEASE**

**PRE-INDICTMENT**
- Release Date
- ☐ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET $
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set
- ☐ Bail Not Made
- Date Bond Made

**POST-INDICTMENT**
- Release Date
- ☐ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET $
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set
- ☐ Bail Not Made
- Date Bond Made

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

APPEALS FEE PAYMENTS

# CRIMINAL DOCKET — U.S. District Court

| | |
|---|---|
| PO | 102 c1 020 x 9 |
| Misd. | 1 2 01 0310 |
| Felony X | District / Off / Judge/Magistr. |

VS. BATEMAN, Larry Lane

Date Filed: 8 5 92
Docket No.: 92-00062-01
No. of Def's: 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2252(a)(1) | Shipment of child pornography (ct 1-38) | 38 |
| 18:2253(a) | Criminal forfeiture (ct 39) | 1 |

**********************SUPERCEDING INDICTMENT**************************

| U.S. TITLE/SECTION | OFFENSES CHARGED | SUPERSEDING COUNTS |
|---|---|---|
| 18:2252(a)(1) | Shipment of child pornography (ct 1-38) | 38 |
| 18:2253(a) | Criminal forfeiture (ct 39) | 1 |
| 18:2253(a)(4) | Possession of child pornography (ct 40) | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF: (arrest / sum'ns / custody / appears on complaint)
- END ONE AND/OR BEGIN TWO — KEY DATE APPLICABLE: 8/5/92 — X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony W/waiver
- KEY DATE: 8/5/92 — a) X 1st appears on pending charge/R40; b) Receive file R20/21; c) X Supsdg Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn
- END INTERVAL TWO — KEY DATE APPLICABLE: 10/5/92 — X Trial (voir dire) began; Jury; N.J.; Dismissal; Pled guilty (After N.G.); Nolo (After nolo)

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE: 10-9-92 | SENTENCE DATE: 1/14/93 | PTD / Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds / W.P. / WOP / on def motion / on gov't motion

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | COMPLAINT | | |

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶ — Date Held ▶
WAIVED / NOT WAIVED / INTERVENING INDICTMENT — Tape Number
OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

*Show last names and suffix numbers of other defendants on same indictment/information:*

RULE: 20 21 40 In Out

## IV. ATTORNEYS, SURETIES, ETC.

**U.S. Attorney or Asst.**

Arnold Huftalen, AUSA

Defense: 1 CJA  2 Ret.  3 Waived.  4 Self.  5 Non/Other.  6 PD.  7 CD

| U.S. Attorney | Deft's Address | Deft's Cnsl Address |
|---|---|---|
| POB 480 | Chadwick Lane | Mark F. Sullivan |
| 55 Pleasant St. | Exeter, NH | 159 Water St. |
| Concord, NH 03301 | | Exeter, NH 03833 |
| (603) 225-1552 | | (603) 778 8183 |
| | | (603) 778-1948 FAX# |

Bruce Taylor
Department of Justice
Main Justice Bldg; Rm 2216
10th & Constitutional Ave
Washington, DC 20530

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- Bail Denied / Fugitive / Pers. Rec. / PSA
- AMOUNT SET $
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
- Date Set
- Bail Not Made
- Date Bond Made

**POST-INDICTMENT**
- Release Date
- Bail Denied / Fugitive / Pers. Rec. / PSA
- AMOUNT SET $
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
- Date Set
- Bail Not Made
- Date Bond Made

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | Yr | Docket No | Def | | | | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT NO 1992 | 92 | 00062-01 | D | ☐ MASTER DOCKET MULTIPLE DEFENDANT CASE<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | | Start Date / End Date | Ltr Code | Total Days |

(OPTIONAL) Show last names of defendants

**V. PROCEEDINGS**

| Aug | 5 | 1 | **INDICTMENT** returned (secret to 1st appearance) |
| | | 2 | **PRAECIPE** for Warrant |
| | | | Warrant issued to USM for Service |
| | | 3 | **APPEARANCE** of Atty Mark F. Sullivan |
| | | 4 | **COURTROOM MINUTE SHEET:** J. Arenas (sitting by designation) (taped S-627:89-168) **BAIL HEARING/ARRAIGNMENT:** Deft waived formal reading of indict; plea of NG entered to fall cts in criminal case #92-62-01-D; **BAIL:** Govt requests detention of deft & continuance of detention of hrng; detention hrng sched for Fri 8/7/92; at 2PM; Deft is detained; trial scheduled for 10/6/92 |
| | | 5 | **ORDER,** JA, sitting by desig, cc (eod 8/6/92) upon mot of the govt a det hrng is set for 8/7/92 at 2:00 PM; pending this hrng the deft shall be held in custody of USM |
| | 6 | 6 | **PRETRIAL ORDER,** cc, (eod 8/6/92) prelim/disc mots due 8/17/92; objs 8/27/92 evid/disp mots due 9/15/92; objs 9/25/92 if evid hrng is req it will be held wk of 9/28/92; **TRIAL** to begin October 6, 1992 at 9:30 AM w/jury selection |
| Aug | 7 | 7 | Govt's **MOTION** For Protective Order to Preserve Privacy of Minors and Victims |
| | 7 | 8 | **COURTROOM MINUTE SHEETS:** JA, sitting by desig (rptr D. Fraser of Decoster Reporting) **DETENTION HEARING:** Govt's request for detention-deft posing a risk of flight and being a danger to the community; govt's proffer; deft's proffer; deft will probably be released into custody of Mr. Lynch. Govt req if released is $100,000 cash bail; Mr. Lynch to be interviewed by USP; Order to issue |
| | | 9 | **COLLATERAL RECEIPT** |
| | | 10 | **ORDER,** setting conditions of Release (eod 8/10/92) JA, sitting by designation; cc |
| | | 11 | **APPEARANCE BOND** |
| | | 12 | **ORDER,** setting conditions of Release (eod 8/10/92) JA, sitting by designation; cc |
| | | | **HANDWRITTEN ORDER** granting #7, JA, sitting by Designation, (eod 8/10/92) |
| | 11 | 13 | **COLLATERAL RECEIPT** |
| | 13 | 14 | **WARRANT** w/USM's return thereon |

CONTINUED TO PAGE ___

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET  U.S. vs BATEMAN, Larry Lane  AO 256A | | | Page 2  92-00062-01-D  Yr \| Docket No \| Def |
|---|---|---|---|

| DATE 1992 | (Document No) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| Aug 17 | 15 | Deft's **MOTION** for Discovery | |
| 27 | 16 | USA's RESPONSE to Deft's Mot for Discovery | |
| 28 | 17 | ORDER, WHB, cc, (eod 9/1/92) this order grants inpart and denies inpart the deft's motion for discovery | |
| Sept 2 | 18 | **SUPERCEDING INDICTMENT** returned | |
| | 19 | **PRAECIPE** for Summons  Summons iss'd to USM for svc | |
| 2 | 20 | **PRAECIPE** For Summons  Summons issued to USM for SVC - 9/3/92 at 2:30 PM | |
| 3 | 21 | **SUMMONS** returned unexecuted | |
| | 22 | **COURTROOM MINUTE SHEET:** WHB (taped S-630: 817-859) **ARRAIGNMENT** as to Superceding Indictment: Reading of SI waived; Deft pled NG to Cts 1 thru 40; Bail: continued as previously set; trial: previously set; Trial estimate 5-7 days | |
| 4 | 23 | **SUMMONS** w/ USM's return thereon | |
| 8 | 24 | Govt's **MOTION** for Partial Reconsideration of Discovery Order | |
| 11 | 25 | Deft's **RESPONSE** to Govt's Motion for Partial Reconsideration of Discovery Order | |
| | 26 | Deft's **MOTION** For Discovery | |
| | 27 | Deft's **MOTION** For a Bill of Particulars | |
| 15 | 28 | Deft's **MOTION** to Suppress the use of any Stmts alleged to have been made by Deft and to Suppress the use of any materials alleged to have been taken from deft | |
| | 29 | Deft's **MOTION** for Order RE: Prosecutorial Extra-Judicial Stmts | |
| | 30 | Deft's **MOTION** to Consolidate Counts | |
| | 31 | Deft's **MOTION** to Dismiss Counts 1 & 40 | |
| | 32 | ORDER, WHB, cc, (eod 9/15/92) the govt's mot for partial reconsideration of disc order (#24) is denied | |
| 21 | 32.A | **COURTROOM MINUTE SHEET:** JAF, sit by desig Chambers Conference (informal) | Interval (per Section II) \| Start Date End Date \| Ltr Code \| Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sept 22 | 33 ORDER, J.A.Fuste, sitting by designation, cc, (eod 9/22/92) no atty, paralegal, employee or agent of any atty associated w/the prosecution or the defense in this case will give or authorize, directly or indirectly, any extrajudicial stmt, press release or interview w/respect to ptrl matters, the trial, the parties, witnesses, an/or factual issues in this case, for disseminatior by any printed or electronic media means; this renders moot any ruling on Doc #29 filed 9/15/92 | | | | |
| | 34 Govt's RESPONSE to Defendant's Motion to Consolidate | | | | |
| | 35 Govt's OBJECTION to Motion to Dismiss Count One | | | | |
| | 36 Govt's Limited RESPONSE to Defendant's Motion to Suppress | | | | |
| | 37 Govt's RESPONSE to Deft's Motion for Bill of Particulars | | | | |
| | HANDWRITTEN ORDER, Judge Jose Antonio Fuste, sitting by designation, cc, (eod 9/23/92) Doc #37 is noted:"Order:  See our order to be entered later today on this subject.  We note the content and agree with the position taken in paragraph 4." | | | | |
| | 37.A COURTROOM MINUTE SHEET: JAF by desig; Chambers Conference | | | | |
| 23 | 38 ORDER, J.A. Fuste, sitting by designation, cc, (eod 9/23/92) the deft's mot to consolidate cts consented to by the Govt is now GRANTED; the attached redacted version of the superceding indictment returned by the GJ on 9/2/92 shall control the proceeding | | | | |
| | 39 ORDER, J.A. Fuste, sitting by designation, cc, (eod 9/23/92) the deft's motion to suppress evidence and statemetns is DENIED | | | | |
| | 40 ORDER, J.A. Fuste, sitting by designation, cc, (eod 9/23/92) the deft's motion for a bill of particulars is denied inpart and granted inpart | | | | |
| | 41 ORDER, J.A. Fuste, sitting by designation, cc, (eod 9/23/92) the deft's motion for discovery is granted;Jencks Act material is due by 9/30/92 | | | | |

Interval (per Section II) | Start Date End Date | Ltr Code | Total Days

```
                                                              Page 4
  UNITED STATES DISTRICT COURT
  CRIMINAL DOCKET        U. S. vs
                                  Larry Lane Bateman          92-00062-01D
      AO 256A                                               Yr | Docket No | Def
```

| DATE 1992 | (Document No) | PROCEEDINGS (continued) | V EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| Sept 24 | 42 | **ORDER**, Jose Antonio Fuste, sitting by designation, cc (eod 9/24/92) parties are reminded that trial will commence on October 5, 1992 at 9:00 AM | |
| | 43 | **ORDER**, Jose Antonio Fuste, sitting by designation, cc (eod 9/24/92) The deft's Motion to Dismiss Count Four of the redacted indictment is DENIED | |
| | 44 | Deft's **RESPONSE** RE: Motion to Dismiss Count I<br><br>Handwritten **ORDER** on #44 "noted. Please see our order on the subject entered this morning." Jose Antonio Fuste, sitting by designation, cc (eod 9/25/92) | E 11 |
| | 45 | Deft's Proposed **VOIR DIRE AREAS** | |
| | 46 | Govt's **MOTION** in Limine to Prevent Defense Cnsl from defining "Reasonable Doubt" before the Jury | |
| | 47 | Govt's Proposed **JURY INSTRUCTIONS** on Forfeiture | |
| | 48 | Govt's **REQUEST** for Jury Instructions | |
| | 49 | Govt's Proposed **VOIR DIRE** Statement & Questions | |
| | 50 | **COURTROOM MINUTE SHEET:** Jose Antonio Fuse, sitting by designation, Informal Conference in Chambers | |
| 28 | 51 | Deft's **MOTION** to Reconsider the Denial of Motion to Dismiss Count I | |
| | 52 | Deft's **REQUESTS** for Jury Instructions | |
| Oct 1 | 53 | **ORDER**, Jose Antonio Fuste, sitting by designation, ~~SEALED DOCUMENT-Level III~~ | |
| | 54 | Govt's **MOTION** to Strike Language from Counts two and four | |
| | 55 | **COURTROOM MINUTE SHEET:** Jose Antonio Fuste, sitting by designation, Informal teleconference | |

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

```
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    AO 256A                                                                    Page 5
```

| DATE 1992 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| Oct 2 | 56 | Govt's **AMENDED REQUESTS** for Jury Instructions | |
| | 57 | **SUPERSEDING INDICTMENT** (As consolidated and Amended) | |
| | 58 | **ORDER**, Jose Antonio Fuste, sitting by designation, the govt's motion to strike (Granted) language from cts 2 & 4, cc, (eod 10/5/92) | |
| | 59 | **OPINION AND ORDER**, Jose Antonio Fuste, sitting by designation, the court denies the govt's motion to protect P.C.'s identity and as stipulated by both parties J.Y. will be identified by these identifying initials | |
| 5 | 60 | **SEALED DOCUMENT** - ltr to Jury Clerk   UNSEALED 6/14/95 | |
| | 61 | Govt's **MOTION** for Reconsideration of Opinion and Order of Oct 2, 1992, concerning protection of witness Identity as to witness "PC" | |
| | 62 | **LIST OF JURORS** | |
| | 63 | **COURTROOM MINUTE SHEET:** Jose Fuste, sitting by designation; (rptr DW); **JURY TRIAL** day 1: Voir dire of prospective jurors; jury of 12 & 2 seated and sworn: courts prelim instructions; Court ordered jury sequestered; Govt's opening statement; Deft's opening stmt; Evidence starts **HANDWRITTEN ORDER:** JF sit by desig #51 denied; order to follow | |
| | 64 | Deft's **OBJECTION** to Motion to Reconsider **HANDWRITTEN ORDER:** JF, Doc #61 is denied (eod 10/7/92) | |
| | 65 | Govt's **WITNESS LIST** | |
| 6 | 66 | **COURTROOM MINUTE SHEET:** Jose Fuste, sitting by designation; (rptr DW); **JURY TRIAL** day 2: evidence continues | |
| 7 | 67 | **COURTROOM MINUTE SHEET:** Jose Antonio Fuste, sitting by designation, (rptr DW) **JURY TRIAL** day 3;  Govt's case cont'd | |
| 8 | 68 | **COURTROOM MINUTE SHEET:** Jose Antonio Fuste, sitting by designation; (rptr DW); **JURY TRIAL** day 4; Govt's case cont'd; Govt rests; Deft moves for reconsideration of mot to Suppress; motion denied; by court; deft's motion for directed verdict as to count 3; motion denied by court; deft's case starts | |

```
                                              Interval     Start Date   Ltr  Total
                                          (per Section II)  End Date   Code Days
```

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs Larry Lane Bateman | 92-00062-01 |
|---|---|---|
| AO 256A | | Yr / Docket No / Def |

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Oct 8 | 69 Deft's **MOTION** to Reconsider his Motion to Suppress<br><br>**HANDWRITTEN ORDER**, Jose Antonio Fuste, sitting by designation, cc, eod 10/13/92; "Denied. Matter discussed on the record at the time of deft's motin for judgment of acquital. FEd R. Crim P. 29. | |
| 9 | 70 Deft's List of Witnesses | |
| | 71 **COURTROOM MINUTE SHEET**: Jose Antonio Fuste, sitting by designation, (rptr DW) **JURY TRIAL** day 5: Defense contues; defense rests; closing arguments; court's charte to jury deliberates; jury question #1; jury returns with guilty verdict on cts 1,2,4 and on ct 3 all items forfeited; dispo tentatively set for 12/7/92 | |
| | 72 **JURY QUESTION** | |
| | 73 **JURY STATEMENT** | |
| | 74 **EXHIBIT LIST** (deft) | |
| | 75 **EXHIBIT LIST** (govt) | |
| | 76 **VERDICT** | |
| | 77 Govt's **MEMO** of Law Regarding Reference to Specific instances of Deft's conduct on cross-examination of deft's character witnesses | |
| | 78 **JURY INSTRUCTIONS** | |
| 13 | 79 **RECEIPT** of Exhibits is Hereby Acknowledged | |
| | 80 **ORDER**, Jose Antonio Fuste, sitting by designation, cc, (eod 10/22/92) this court denies the deft's mot to reconsider the denialof his motion to dismiss ct one | |
| Nov 9 | 81 **TRANSCRIPT** of Trial Except (10/8/92) | |
| 20 | 82 ~~SEALED DOCUMENT~~-Level II  Unsealed 6/14/95 per #128<br>83 ~~SEALED DOCUMENT~~-Level-II  Unsealed 6/14/95 per #128<br>84 ~~SEALED DOCUMENT~~-Level II  Unsealed 6/14/95 per #128 | |

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

```
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    AO 256A
```

| DATE 1992 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| Nov 25 | | **NOTICE OF REASSIGNMENT** | |
| 27 | 85 | **ORDER**, JAF, sitting by designation, cc, (eod 12/5/92) the govt's mots are denied; USP is directed to report to the court w/specific recommendations if need be | |
| Dec 2 | 86 | **TRANSCRIPT** of Trial 10/8/92 | |
| | 87 | **TRANSCRIPT** of Trial 10/8/92 | |
| | 88 | Govt's **MOTION** For Order of Forfeiture Pursuant to 18:2253 | |
| 9 | 89 | **ORDER**, JAF, sitting by designation, cc (eod 12/9/92) Order of Forfeiture: the US is auth to maintain possession and custody of stated property | |
| 22 | 90 | Deft's **OBJECTION** to the Procedure of the U.S. Probation Dept and U.S Attorney's Office Regarding a Motin to Revoke Bail | |
| Dec 30 | 91 | Government's **SENTENCING MEMO** w/ exhibits (voluminous filing-see Vol 3) | |
| **1993** | | | |
| Jan 6 | 92 | 92  Process **RECEIPT** for Order of Forfeiture | |
| 11 | 93 | **COURTROOM MINUTE SHEET**: JAF, sitting by designation; rptr DW; **DISPOSITION**: case called for dispo hrng; evidence presented by Govt | |
| 13 | 94 | **COURTROOM MINTURE SHEET**: JAF, sitting by designation; rptr DW; **DISPOSITION** contd: Argument by deft's cnsl; remarks by deft; Argument by Govt; Review of presentence report w/cnsl; sentence of court:deft CCBOP for perior of 60 mos (5yrs); 3yrs supv rel on each ct 1,2,4 to run concurrent; upon release deft for report to USP w/in 72 hrs; participate in a program of mental health cnsling; no fine $150.00 penalty assmt; rec to Bop of Butner; Deft remanded to USM | |
| | 95 | **ORDER**, JAF, sitting by designation; cc, (eod 1/19/93) the ct requires from ct rptr DW, a partieal transcript of trial proceedings; the govt will cover initial cost of this transcript w/o prejudice of reimbursement if an appeal by deft ensues. | |

Interval (per Section II)  |  Start Date / End Date  |  Ltr Code  |  Total Days

```
                                                              Page 8
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       U.S. vs
                              BATEMAN, Larry Lane        92-00062-01-M
       AO 256A                                           Yr. | Docket No. | Def.
```

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|---|
| Jan 14 | 96 | **JUDGMENT**, JAF, cc, (eod 1/19/93) | |
| | 97 | **TRANSCRIPT** | |
| | 98 | **TRANSCRIPT** | |
| 19 | 99 | **TRANSCRIPT** of 10/7/92 | |
| | 100 | **TRANSCRIPT** of 10/8/92 | |
| | 101 | **TRANSCRIPT** of 10/9/92 | |
| | | All transcripts forwarded to JAF in PR this date | |
| | 102 | Deft's **ASSIGNMENT OF Collateral** w/ attachments including original collateral receipt | |
| 20 | 103 | Deft's **MOTION** for return of bail | |
| | | Handwritten **ORDER**, SM, (eod 1/20/93) cc granting #102 | |
| | | Handwritten **ORDER**, SM, eod 1/20/93) cc granting #103 | |
| Jan 25 | 104 | **TRANSCRIPT** of Sentencing before JAF 1/11/93 | |
| | 105 | **TRANSCRIPT** of Sentencing before JAF 1/13/93 | |
| | | (104 & 105 forwarded to JAF via Fed Express this date) | |
| Jan 28 | 106 | **RETURN OF SERVICE** of Request for Action: appraisal of subject property conducted on 1/27/93. | |
| Feb 10 | 106 | **RETURN OF SERVICE** for Advertising order | |
| 12 | 107 | **PETITION** of Phillips Exeter Academy for Ancillary Hearing | |
| | 108 | **VERIFIED CLAIM** of Phillips Exeter Academy | |
| 17 | 109 | **NOTICE OF APPEARL** filed by Govt | |
| 22 | 110 | **COLLATERAL RECEIPT** w/ aCK OF RETURN THEREON (check # 58211 to Hal Lynch in amt of $10,000 on 1/20/93 by Kim Champagne) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| Feb 22 | 111 | **CLERK'S CERTIFICATE** to CCA transmitting docs as indicated | | | | |
| 24 | 112 | **CORRESPONDENCE** of P. Michael Caven rec'd and reviewed by Judge Fuste on 2/22/93 w/handwirtten **ORDER** thereon: "this letter will be filed as part of the record" cc, eod 2/24/93, JAF by designation | | | | |
| Mar 8 | 113 | Govt's **MOTION** to Continue hearing scheduled for March 12, 1993 | | | | |
| 18 | 114 | **ORDER**, JAF, sitting by designation, (eod 3/18/93) The court will not make additional findings in support of the sentence imposed in this case. The transcript of the sentencing hearing, Dkt #s 104 and 105 shall be deemed to be the findsings. | | | | |
| | 115 | **CLERK'S SUPPLEMENTAL CERTIFICATE** to CCA transmitting Doc #114. | | | | |
| ** 8 | | **HANDWRITTEN ORDER** on Doc #113; "Motion Granted" hearing is rescheduled to 4/12/93 at 3:30 PM before JD in CTRM #2 | | | | |
| Apr 2 | | Return of Original PSI Report from Judge Fuste via Federal Express. Report forwarded Directly to C. Battistelli of USP | | | | |
| Apr 5 | 116 | **MANDATE** of CCA "it is ordered that the above captioned appeal be dismissed. Each party to bear its own costs" | | | | |
| 6 | 117 | **JUDGMENT** w/ USM's return thereon | | | | |
| 8 | 118 | **TRANSCRIPT** of 10/5/92 Jury TRIAL | | | | |
| | 119 | **TRANSCRIPT** of 10/6/92 Jury TRIAL | | | | |
| | 120 | **TRANSCRIPT** of 10/8/92 Jury TRIAL | | | | |
| | 121 | **TRANSCRIPT** of 10/9/93 Jury TRIAL | | | | |
| 8 | | RETURN of PSI enclosed in sealed envelope from CCA PSI to USP in sealed envelope | | | | |
| | 122 | Govt's **MOTION** to Continue Hearing for 7 days w/**HANDWRITTEN ORDER**, SM, cc, (eod 4/8/93) granting same; Hearing rescheduled to 4/19/93 at 3:30 before | | | | |
| 19 | 122½ | **LETTER** of Howard R. Fradkin, PHD | | | | |
| Apr 29 | 123 | **STIPULATION** For Compromise Settlement | | | | |

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs Larry Lane Bateman | 92-62-01-M |
|---|---|---|
| AO 256A | | Yr. \| Docket No. \| Def. |

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| May 3 | 124 | **ORDER**, JD, cc, (eod 5/6/93) based on Doc # 123 outlining and approving compromise settlement RE: Forfeiture | |
| 19 | 125 | **MOTION** of the U.S. for a Final Order of Forfeiture | |
| | 126 | **FINAL ORDER OF FORFEITURE** | |
| Aug 26 | | PARTIAL Payment - Special Penalty Assmt $50.00 re: BOP Inmate Offset Program - Monthly Payment Rpt dtd 8/23/93 (Balance: $100) | |
| 30 | 127 | Defts MOTION/LETTER re: sentence w/Order thereon denying request JAF, by designation dtd 8/24/93 (EOD 8/31/93) cc | |
| Jun 11 | | PARTIAL Payment - Special Penalty Assmt $50.00 re: BOP Inmate Offset Program - (Balance: $50.00) | |
| Jul 14 | | FINAL Payment - Special Penalty Assmt $50.00 re: BOP Inmate Offset Program <u>SPA paid in full</u> | |
| <u>1995</u> | | | |
| May 3 | 128 | ORDER, SJM (EOD 5/3/95) cc Unless an objection is rec'd by 3/16/95, the following documents will be unsealed: Document Nos. 82, 83, 84. | |
| May 4 | 129 | ORDER, SJM (EOD 5/4/95) cc Unless an objection is rec'd by 3/17/95, the following document will be unsealed: Document No. 60 | |
| Jun 14 | | ENDO, jab (EOD 6/14/95) on #128, #129 Document Nos. 60, 82, 83, and 84 unsealed and filed  there being no objections filed. | |

ALL FURTHER ENTRIES ON CIVIL AUTOMATED DOCKETING SYSTEM.

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days